UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
IN ADMIRALTY

CASE NO. CASE NO. 9-22-cv-80634-AMC

SSI Lubricants, LLC d/b/a SSI Petroleum

    Plaintiff,

v.

M/S MONARCH COUNTESS, a 2010 110 meter passenger ship, her engines, tackle, appurtenances, spares and equipment appertaining whether onboard or not, *in rem*, TEETERS AGENCY and STEVEDORING, Inc., a Florida Corporation, *in personam*

    Defendants.
_____/

PORT OF PALM BEACH DISTRICT,

    Intervening Plaintiff

v.

M/S MONARCH COUNTESS, a 110 meter cargo ship, IMO Number 7500736, her engines, tackle, appurtenances, spares and equipment appertaining whether onboard or not, *in rem,*

    Defendant.

## CLERK'S CONFIRMATION OF SALE

    The records in this action indicate that no objection has been filed to the sale of property conducted by the United States Marshal on  August 10, 2022.

CASE NO. CASE NO. 9-22-cv-80634-AMC

THEREFORE, upon the request of Intervening Plaintiff's counsel and in accordance with Local Admiralty Rule E(17)(f), the sale shall stand confirmed as of the date of this filing.

DONE at  Miami , Florida, this  29th  day of  August ,  2022 .



2