**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-80634-CIV-CANNON**

**PORT OF PALM BEACH DISTRICT**,

      Intervening Plaintiff,

v.

**M/S MONARCH COUNTESS**, a 110 meter
cargo ship, IMO Number 7500736, her engines,
tackle, appurtenances, spares and equipment
appertaining whether onboard or not, *in rem*,

      Defendant.

_____/

**FINAL DEFAULT JUDGMENT**

    **THIS CAUSE** comes before the Court upon the Renewed Motion for Final Default

Judgment by Intervening Plaintiff, the Port of Palm Beach District, against Defendant, M/S

Monarch Countess [ECF No. 59].   The Court granted the Motion in a separate Order

[ECF No. 60].  Pursuant to Rule 58 of Federal Rules of Civil Procedure, it is hereby

    **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Intervening Plaintiff Port of Palm Beach District and

   against Defendant M/S Monarch Countess for the amount of $476,093.82.  This judgment

   shall bear interest as prescribed by 28 U.S.C. § 1961.

2. The Clerk of Court is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Fort Pierce,  Florida this 22nd day of September

2022.

                                **AILEEN M. CANNON**
                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record